Argued April 26, affirmed June 13, 1978

DeBORD, *Petitioner,*

*v.*

H. B. FULLER, *Respondent.*

(No. WCB 76-4720, CA 9410)

579 P2d 901

Donald R. Wilson, Portland, argued the cause for petitioner. With him on the brief was Pozzi, Wilson, Atchison, Kahn & O'Leary, Portland.

Ridgway K. Foley, Jr., Portland, argued the cause for respondent. With him on the brief were Souther, Spaulding, Kinsey, Williamson & Schwabe and Robert Luedtke, Portland.

Before Schwab, Chief Judge, and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

Affirmed. *See Bowman v. Oregon Transfer Co.,* 33 Or App 241, 576 P2d 27 (1978).